IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, William J | Case Number: 06 B 10005 |
|---|---|---|
| | Washington, Roshal L | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | Filed: 8/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 5, 2008
Confirmed: November 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 44,116.33 |  |
| Secured: |  | 31,880.74 |
| Unsecured: |  | 5,220.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,149.00 |
| Trustee Fee: |  | 2,318.64 |
| Other Funds: |  | 2,547.33 |
| Totals: | 44,116.33 | 44,116.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 2,149.00 | 2,149.00 |
| 2. | Option One Mortgage Corp | Secured | 18,606.31 | 18,606.31 |
| 3. | Ford Motor Credit Corporation | Secured | 13,156.20 | 13,156.20 |
| 4. | Option One Mortgage Corp | Secured | 14,334.90 | 118.23 |
| 5. | AmeriCash Loans, LLC | Unsecured | 93.98 | 320.13 |
| 6. | Portfolio Recovery Associates | Unsecured | 92.72 | 315.85 |
| 7. | Debt Recovery Solutions | Unsecured | 12.58 | 42.85 |
| 8. | Ford Motor Credit Corporation | Unsecured | 1,094.65 | 3,728.83 |
| 9. | Illinois Dept of Revenue | Unsecured | 129.92 | 442.57 |
| 10. | Verizon Wireless | Unsecured | 108.73 | 370.39 |
| 11. | Kaplan | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 16. | National Quick Cash | Unsecured | | No Claim Filed |
| 17. | Pay Day Loans | Unsecured | | No Claim Filed |
| 18. | Sonic Payday | Unsecured | | No Claim Filed |
| 19. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,778.99 | $ 39,250.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 593.99 |
| 5.4% | 848.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Washington, William J<br>Washington, Roshal L<br>Printed: 6/24/08 | Case Number: 06 B 10005<br>Judge: Hollis, Pamela S<br>Filed: 8/16/06 |

                        6.5%              875.76
                                       _____
                                  $ 2,318.64

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

